1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT E. PFAFF,

                        Petitioner,

          v.

CAROL PORTER,

                        Respondent.

Case No.  C05-5181FDB

ORDER

The petitioner in this action is seeking federal habeas corpus relief pursuant to 28 U.S.C. § 2254.  This case has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636 (b) (1) (A) and 636 (b) (1) (B) and Local Magistrates' Rules MJR 3 and MJR 4.

Before the court is respondent's motion for an extension of time until August 27th, 2005 to file an answer.  (Dkt. # 13).  Counsel explains that files ordered from state court have not yet arrived at his office.  The motion is **GRANTED.**

The Court Clerk is directed to send a copy of this Order to petitioner and counsel for respondent.

DATED this 25th  day of July, 2005.

_/S/ J. Kelley Arnold_
J. Kelley Arnold
United States Magistrate Judge

ORDER
Page - 1