1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT E. PFAFF,

       Petitioner,

   v.

CAROL PORTER,

       Respondent.

Case No. C05-5181FDB

ORDER ADOPTING REPORT
AND RECOMMENDATION

The Court having reviewed the Report and Recommendation of the Hon. J. Kelley Arnold United States Magistrate Judge,  the remaining record, and no objections having been filed, does hereby find and Order:

      (1)     The Court adopts the Report and Recommendation;

      (2)     The petition is **DISMISSED**  for the reasons set forth in the Report and Recommendation.

      (3)     The clerk is directed to send copies of this Order to petitioner, respondent's counsel and to the Hon. J. Kelley Arnold.

      DATED this 2nd day of November 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1